IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MAKIESYA HAMPTON | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-00339 |
| PILOT TRAVEL CENTERS, LLC., DBA PILOT TRAVEL CENTER 486 | § § § | |

### NOTICE OF REMOVAL

Defendant, Pilot Travel Centers, LLC, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

### I.   BACKGROUND

1.   On June 9, 2023, Plaintiff Makiesya Hampton, filed Plaintiff's Original Petition (the "Complaint") in an action styled Cause No. 23-1395-B, *Makiesya Hampton v. Pilot Travel Centers, LLC., dba Pilot Travel Center 486*, pending in the 114th Judicial District Court of Smith County, Texas (the "State Court Action"). Plaintiff has not demanded a jury. (A copy of the Complaint is attached in accordance with 28 U.S.C. § 1446(a) as **Exhibit B-2**).

2.   Pilot was served with Plaintiff's Original Petition on June 14, 2023; therefore, this Notice of Removal of the State Court Action to the United States District Court is timely filed by Pilot, it being filed no more than thirty days after service of Pilot in accordance with 28 U.S.C. §§ 1441 and 1446.

### II.   BASIS FOR REMOVAL: DIVERSITY JURISDICTION

3.   Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Hampton and Pilot, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.   There is complete diversity between Hampton and Pilot.**

4.   Hampton's State Court Action may be removed to this Court because it arises under

28 U.S.C. § 1332.

5. According to the Complaint, Hampton is an individual who resides and is domiciled in Dallas, Texas. Therefore, Hampton is a citizen of Texas for purposes of diversity jurisdiction.

6. Pilot is a Delaware limited liability company. The citizenship of a limited liability company is determined by the citizenship of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The members of Pilot are National Indemnity Company, a Nebraska corporation, and Pilot Corporation, a Tennessee corporation. Therefore, Pilot is a citizen of Nebraska and Tennessee for purposes of diversity jurisdiction.

7. Hampton is a citizen of Texas and Defendant is a citizen of Nebraska and Tennessee. Thus, there is complete diversity between Hampton and Pilot.

**B.     The amount in controversy exceeds $75,000.**

12. To determine the amount in controversy, the Court should first examine the complaint to determine whether it is facially apparent that the claims exceed the jurisdictional amount. *Allen v. R&H & Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995). In this case, on the face of the Complaint, Hampton is seeking monetary relief of over $250,000.00. Exhibit B-2, ¶ 6.

13. Therefore, because Hampton's Complaint demonstrates Hampton is seeking damages in excess of $75,000, excluding interest and costs, the amount in controversy requirement for removal set forth in 28 U.S.C. § 1446(c)(2)(A)–(B) is satisfied.

### III.     VENUE

14. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embrace the 114th Judicial District Court of Smith County, Texas, the forum in which the removed action was pending.

### IV.     ADDITIONAL REQUIREMENTS

15. Pursuant to Eastern District of Texas Local Rule 81 and 28 U.S.C. § 1446(a), this

Notice of Removal is accompanied by copies of the following:

    **Exhibit A**:    Listing of All Parties and Counsel of Record;
    **Exhibit B**:    Index of Documents Filed in State Court Action;
    **Exhibits B-1 - B-4**:    Copies of filings in State Court Action;
    **Exhibit C**:    Record of Jury Trial Requests;
    **Exhibit D**:    Name and Address of Court from Which Case was Removed

16. Pilot will serve this Notice of Removal on Hampton and will file it with the District Clerk of Smith County, Texas.

17. Therefore, Pilot gives notice that the above-referenced action now pending against it in the 114th Judicial District Court of Smith County, Texas has been removed to this Court.

18. By this Notice of Removal, Pilot does not waive any objections it may have as to service, or any other defenses or objections it may have to this action.  Pilot intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, objections, motions and/or pleas.

WHEREFORE, Defendant, Pilot Travel Centers LLC, hereby removes this matter to the United States District Court for the Eastern District of Texas, Tyler Division for further proceedings and disposition.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.**

By: _____
Kimberly A. Chojnacki
Fed. ID No. 2078408
Texas Bar No. 24068696
kchojnacki@bakerdonelson.com
Melissa Vest
Fed. ID No. 3208933
Texas Bar No. 24096002
mvest@bakerdonelson.com
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone

*Attorneys for Defendant,
Pilot Travel Centers LLC*

## CERTIFICATE AND NOTICE OF FILING

I certify that July 10, 2023, the Notice of Removal was sent to the District Clerk of Smith County, Texas, and that written notice of filing of the Notice of Removal was served via certified mail, return receipt requested, upon the Plaintiff.

_____
Kimberly A. Chojnacki

## CERTIFICATE OF SERVICE

I certify that on July 10, 2023, a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF System on all counsel of record.

Donald Scott Mackenzie
Law Office of Scott Mackenzie
11300 North Central Expressway, Suite 604
Dallas, Texas 75243
dallaslaw@gmail.com
Via CMRRR No. 7021 0350 0000 2813 4798
and First Class Mail

_____
Kimberly A. Chojnacki